# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3539

E-mail Address
jyoungwood@stblaw.com

VIA ECF

August 7, 2025

Re:  Rash v. Lafayette County, Miss., Case No. 24-60558

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Dear Mr. Cayce:

    We represent Plaintiff/Appellant John Rash ("Appellant") in the above-captioned appeal. On January 6, 2025, Plaintiff-Appellant requested oral argument in Plaintiff-Appellant/Cross-Appellee's Opening Brief (Dkt. 22). We write to inform the Court that with respect to the remainder of 2025 (through December 31, 2025), we are unavailable for oral argument on October 8 and 9, 2025. Should the Court consider oral scheduling oral argument after December 31, 2025, we would be pleased to provide further dates of availability.

    Thank you for your consideration of these dates.

Respectfully,

/s/ Jonathan K. Youngwood

Jonathan K. Youngwood

cc: Counsel of Record (via ECF)

Simpson Thacher & Bartlett LLP

-2- August 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Fed. R. App. 25(d), on August 7, 2025, I filed this Letter via the Court's electronic case filing ("ECF") system, which will give notice of the filing to counsel for Appellees:

By: */s/ Jonathan K. Youngwood*

cc: Counsel of Record (via ECF)